[No. 26934-5-III.   Division Three.   October 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. AVERY EMERSON SAM, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-02902-1, Allen Nielson, J. Pro Tem., entered March 4, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kulik, J.

[Nos. 27349-1-III; 27907-3-III.   Division Three.   October 20, 2009.]

*In the Matter of the Estate of* SALLY KELLY.

Appeals from a judgment of the Superior Court for Walla Walla County, No. 04-4-00018-0, Donald W. Schacht, J., entered July 28, 2008. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 27358-0-III.   Division Three.   October 22, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT RAYMOND HALVORSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-01658-0, Tari S. Eitzen, J., entered August 21, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Brown, J.

[Nos. 59388-9-I; 59389-7-I.   Division One.   October 26, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. LISA A. MULLEN, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN DEAN, *Appellant*.

Appeals from a judgment of the Superior Court for Skagit County, No. 02-1-00654-9, John M. Meyer, J., entered December 11, 2006. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Ellington, JJ.